O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE HUSTWIT, | ) | Case No. CV 10-04638 DDP MAN |
| Plaintiff, | ) | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |
| v. | ) | [Motion filed on June 30, 2010] |
| SBMC MORTGAGE, and DOES 1-20, | ) | |
| Defendants. | ) | |

This matter comes before the Court on an unopposed motion to dismiss filed by the defendant Secured Bankers Mortgage Company, doing business as SBMC Mortgage.

On April 7, 2010, the plaintiff Michelle Hustwit ("Plaintiff"), appearing pro se, commenced this action in Los Angeles Superior Court alleging various causes of action related to a residential mortgage transaction.  After being served with process on June 3, 2010, Defendant removed to this Court on June 23, 2010.  Defendant filed this motion to dismiss the complaint for failure to state a claim on June 30, 2010, and noticed it for a hearing on August 2, 2010.

///

1     Local Rule 7-9 requires a party opposing a motion to file an
2 opposition brief no later than twenty-one days before the hearing.
3 C.D. Cal. Local Civ. R. 7-9.  Pursuant to Local Rule 7-12, the
4 failure to file an opposition may be deemed consent to the granting
5 of the motion.  Id. 7-12.  In this case, Plaintiff's opposition was
6 due no later than August 12, 2010.  As of the date of this order,
7 Plaintiff has not filed anything in response to Defendant's motion.
8     The Court deems Plaintiff's failure to oppose the motion as
9 consent to granting the motion.  As a result, Defendant's motion is
10 GRANTED and the Complaint is DISMISSED.
11 IT IS SO ORDERED.

14 Dated: July 27, 2010

DEAN D. PREGERSON
United States District Judge

2